IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA
Plaintiff
vs
DINELIA ENID REYES
Defendant

CRIMINAL 11-0358CCC

**ORDER**

Having considered the Report and Recommendation filed on June 8, 2012 (**docket entry 28**) on a Rule 11 proceeding of defendant Dinelia Enid Reyes held before U.S. Magistrate Judge Camille L. Vélez-Rivé on June 4, 2012, to which no objection has been filed, the same is APPROVED. Accordingly, the plea of guilty of defendant is accepted. The Court FINDS that her plea was voluntary and intelligently entered with awareness of her rights and the consequences of pleading guilty and contains all elements of the offense charged in the indictment.

This case was referred to the U.S. Probation Office for preparation of a Presentence Investigation Report since June 4, 2012. The **sentencing hearing is set for September 5, 2012 at 4:30 PM**.

SO ORDERED.

At San Juan, Puerto Rico, on June 29, 2012.

S/CARMEN CONSUELO CEREZO
United States District Judge